PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:19CR000507-001

CASE NUMBER *(Rec. Court)*

NAME AND ADDRESS OF SUPERVISED RELEASEE:
Robert Brennan
23 Owens Landing Court
Unit C
Perryville, PA 21903

DISTRICT
Eastern District
of Pennsylvania

DIVISION
Philadelphia Office

NAME OF SENTENCING JUDGE
The Honorable Anita B. Brody, U.S. District Court Judge

DATES OF SUPERVISED RELEASE:
FROM 03/31/2022
TO 03/30/2027

OFFENSES

18 U.S.C. § 1001 – Making a material false statement

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Maryland** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

06-01-2022
Date

S/Anita B. Brody
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of Maryland**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 6, 2022
Effective Date

James K. Bredar
United States District Judge